AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RICHARD PARKER,<br><br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-CV-03046-MKD<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MARY K. DIMKE  on motions for summary judgment.


Date: 6/10/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard